IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KENYATTI COLLINS, | : | PRISONER HABEAS CORPUS |
|    Petitioner, | : | 28 U.S.C. § 2254 |
| | : | |
| v. | : | |
| | : | |
| AHMED HOLT, | : | CIVIL ACTION NO. |
|    Respondent. | : | 1:16-CV-2804-TWT-JKL |

**FINAL REPORT AND RECOMMENDATION**

Petitioner is confined at Phillips State Prison in Buford, Georgia. Petitioner, pro se, seeks a writ of habeas corpus under 28 U.S.C. § 2254 regarding his judgment of conviction entered in the Superior Court of Baldwin County, Georgia. (Doc. 1.)

A state prisoner may file a habeas petition in the federal district within which the prisoner was convicted or in the federal district within which the prisoner is confined. 28 U.S.C. § 2241(d). However, it is the long-standing policy and practice of the United States District Courts for the Middle, Northern, and Southern Districts of Georgia to adjudicate all habeas petitions in the district within which the challenged judgment of conviction was rendered. Adherence to this policy allows each district court to consider habeas matters coming only from state courts within its jurisdiction and ensures an equitable distribution of habeas cases between the districts of this State.

AO 72A
(Rev.8/82)

The place where petitioner's challenged judgment of conviction was rendered – Baldwin County – is within the jurisdiction of the U.S. District Court for the Middle District of Georgia. Consistent with the policy and practice of the federal district courts in Georgia, the undersigned **RECOMMENDS** that the Court **TRANSFER** this habeas corpus action to the U.S. District Court for the Middle District of Georgia, Macon Division, for further proceedings.

**SO RECOMMENDED**, this 4th day of August, 2016.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)